

**IT IS ORDERED as set forth below:**

**Date: June 22, 2018**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-54349-PWB |
| | ) | |
| SUSANA BELTRAN CONSTANCE, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER APPROVING SETTLEMENT AGREEMENT**

This matter came before the Court for hearing on June 19, 2018 (the "**Hearing**") on the *Motion for Order Approving Settlement Agreement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 25] filed on May 22, 2018 (the "**Settlement Motion**"), by Neil C. Gordon, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of Susana Beltran Constance. The Motion seeks approval of the *Joint Stipulation and Settlement Agreement* between Trustee, The Money Source and Chicago Title Insurance Company (the "**Settlement Agreement**").

12365596v1

No objections to the Settlement Motion were filed, nor did any party appear at the Hearing in opposition to the Settlement Motion. Based on the lack of opposition and for good cause shown, it is hereby

**ORDERED** that the Settlement Motion is **GRANTED,** the Settlement Agreement is **APPROVED**, and the terms set forth therein are incorporated herein by reference.

[END OF DOCUMENT]

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:/s/ Neil C. Gordon
    Neil C. Gordon
    Georgia Bar No. 302387
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8500
neil.gordon@agg.com

12365596v1

DISTRIBUTION LIST

Neil C. Gordon
Arnall Golden Gregory LLP
171 17th Street, NW
Suite 2100, Atlanta, GA 30363

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Alicia R. Buckley
Snr. Claims Counsel
Chicago Title Insurance Company
601 Riverside Avenue
Building Five, Fourth Floor
Jacksonville, FL 32204

R. Jefffrey Field
Jeffrey Field & Associates
342 North Clarendon Avenue
Scottdale, GA 30079

Susana Beltran Constance
2951 Rolling Lane
Winston, GA 30187

12365596v1